ROGERS JOSEPH O'DONNELL
Aaron P. Silberman (State Bar No. 161021)
asilberman@rjo.com
Joshua M. Deitz (State Bar No. 267454)
jdeitz@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendants
NEWPORT SENSORS, INC., AND
MARIA Q. FENG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SOUTHERN

| | |
|---|---|
| United States ex rel. Juan Hong, A Law Corp., <br><br> Plaintiff, <br><br> vs. <br><br> Newport Sensors, Inc., and Maria Q. Feng, <br><br> Defendants. | Case No. 13-cv-01164-JLS-JPR <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE SECOND AMENDED COMPLAINT** <br><br> Date: May 20, 2016 <br> Time: 2:30p.m. <br> Judge: Hon. Josephine L. Staton <br> Courtroom: 10A |

**I.      INTRODUCTION**

Defendants Newport Sensors, Inc. ("Newport") and Maria Q. Feng hereby request that the Court take judicial notice of the following document attached as an exhibit to the Declaration of Joshua M. Deitz in support of Defendants' Reply in Support of Motion to Dismiss and Motion to Strike the Second Amended Complaint ("Deitz Reply Decl."). This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.

        A.      Form 8-K for Drayton Richdale Corporation, dated November 22, 2011, submitted to the Securities and Exchange Commission ("SEC"). This

document is available through the SEC's EDGAR search platform, at http://www.sec.gov/Archives/edgar/data/734089/000073408911000011/eps4443.htm.

**Memorandum in Support of Request for Judicial Notice**

On a motion to dismiss, a court may take judicial notice of matters of public record in accordance with Federal Rule of Evidence 201 without converting the motion to dismiss into a motion for summary judgment. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-689 (9th Cir. 2001) (*citing Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986)). Courts may take judicial notice of documents outside of the complaint that are capable of accurate and ready determination by resort to sources the accuracy of which cannot reasonably be questioned. Fed. R. Evid. 201(d); *Spy Optic, Inc. v. Alibaba.Com, Inc.*, No. CV1500659BROJCX, 2015 WL 7303763, at *3 (C.D. Cal. Sept. 28, 2015). Courts can take judicial notice of such matters when considering a motion to dismiss. *Id*. at 3-4; *MGIC Indem. Corp. v. Weisman*, 803 F. 2d 500, 504 (9th Cir. 1986).

Exhibit A to the Deitz Reply Declaration is a publicly available SEC filing. Courts routinely take judicial notice of SEC filings. *See, e.g., Northstar Fin. Advisors Inc. v. Schwab Investments*, 779 F.3d 1036, 1043 (9th Cir.), *as amended on denial of reh'g and reh'g en banc* (Apr. 28, 2015), *cert. denied*, 136 S. Ct. 240 (2015); *U.S. ex rel. Modglin v. DJO Glob. Inc.*, 48 F. Supp. 3d 1362, 1381 (C.D. Cal. 2014) (taking judicial notice of SEC filings in a motion to dismiss a False Claims Act complaint); *Oklahoma Firefighters Pension & Ret. Sys. v. IXIA*, 50 F. Supp. 3d 1328, 1350 (C.D. Cal. 2014) ("Because the documents are SEC filings, they are proper subjects of judicial notice.").

Exhibit A is not offered for the truth of the matters asserted within but, rather, merely to rebut Relator's argument in its Opposition to the Motion to Dismiss the Second Amended Complaint ("Opp.") that Relator came forward with original, non-public information that the Dr. Maria Q. Feng who worked at the

1  University of California, Irvine ("UC Irvine") was the same Dr. Maria Q. Feng
2  associated with Newport.  Opp. at 22.  Exhibit A demonstrates that a document
3  stating that the same Dr. Maria Q. Feng worked at UC Irvine and was associated
4  with Newport was publicly available in 2011.
5       For the foregoing reasons, the Court should take judicial notice of
6  Exhibit A, and this document may be properly considered by the Court in ruling on
7  Defendant's Motion to Dismiss and Motion to Strike the Second Amended
8  Complaint.

Dated:  May 6, 2016       ROGERS JOSEPH O'DONNELL

By: s/ Aaron P. Silberman
    AARON P. SILBERMAN
    ROGERS JOSEPH O'DONNELL
    asilberman@rjo.com
    311 California Street
    San Francisco, California 94104
    Telephone:  415.956.2828
    Facsimile:  415.956.6457

Attorneys for Defendants
NEWPORT SENSORS, INC., AND
MARIA Q. FENG